IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
12/20/17 3:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:

Kenneth L. Ketter,　　　　　　　　　)
　　*Debtor*　　　　　　　　　　　　)　　Case No. 17-24921 GLT
　　　　　　　　　　　　　　　　　　)　　Chapter 13
Kenneth L. Ketter,　　　　　　　　　)
　　*Movant*　　　　　　　　　　　　)　　Related to Dkt. No. 9
　　　　　　　　　　　　　　　　　　)
No Respondents　　　　　　　　　　 )

## ORDER OF COURT

AND NOW, to wit, this  20th  day of      December      , 2017, it is hereby ORDERED, ADJUDGED and DECREED, that the debtor, Kenneth L. Ketter is hereby granted an extension until January 2, 2018 to file a completed Chapter 13 petition and plan.

_____
U.S. Bankruptcy Judge    jah

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 17-24921-GLT
Kenneth L. Ketter                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: gamr              Page 1 of 1              Date Rcvd: Dec 20, 2017
                               Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2017.
db             +Kenneth L. Ketter,    114 Bowman Street Ext.,    Cuddy, PA 15031-9705

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Kenneth Steidl    on behalf of Debtor Kenneth L. Ketter julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-st
               einberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4