**Information to identify the case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Kenneth L. Ketter** | | | Social Security number or ITIN **xxx–xx–0227** |
| | First Name | Middle Name | Last Name | EIN _ _ – _ _ _ _ _ _ _ |
| Debtor 2 | | | | Social Security number or ITIN _ _ _ _ |
| (Spouse, if filing) | First Name | Middle Name | Last Name | EIN _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | | | Date case filed for chapter **13** **12/5/17** |
| Case number: | **17–24921–GLT** | | | |

## Official Form 309I

## Notice of Chapter 13 Bankruptcy Case

**12/17**

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Kenneth L. Ketter | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 114 Bowman Street Ext. Cuddy, PA 15031 | |
| 4. | **Debtor's attorney** Name and address | Kenneth Steidl Steidl & Steinberg Suite 2830 Gulf Tower 707 Grant Street Pittsburgh, PA 15219 | Contact phone 412–391–8000 Email: julie.steidl@steidl–steinberg.com |
| 5. | **Bankruptcy trustee** Name and address | Ronda J. Winnecour Suite 3250, USX Tower 600 Grant Street Pittsburgh, PA 15219 | Contact phone 412–471–5566 Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at  www.pacer.gov. | U.S. Bankruptcy Court 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 | Hours open: Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m. Contact phone 412–644–2700 Date: 1/3/18 |

**For more information, see page 2**

Debtor **Kenneth L. Ketter**

| 7. Meeting of creditors | | |
|---|---|---|
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 5, 2018 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** |

| 8. Deadlines | | |
|---|---|---|
| The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:** | **Filing deadline: 4/6/18** |
| | **You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br><br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 2/26/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 6/4/18** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 9. Filing of plan | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**2/5/18 at 01:00 PM** , Location: **3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** |
|---|---|
| 10. Creditors with a foreign address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 11. Filing a chapter 13 bankruptcy case | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. |
| 12. Exempt property | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. |
| 13. Discharge of debts | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 17-24921-GLT
Kenneth L. Ketter                                                   Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: bsil            Page 1 of 2            Date Rcvd: Jan 03, 2018
                           Form ID: 309I          Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 05, 2018.
db          +Kenneth L. Ketter,   114 Bowman Street Ext.,   Cuddy, PA 15031-9705
aty         +James Warmbrodt,   KML Law Group, P.C.,   701 Market Street,   Suite 5000,
             Philadelphia, PA 19106-1541
tr          +Ronda J. Winnecour,   Suite 3250, USX Tower,   600 Grant Street,   Pittsburgh, PA 15219-2702
14740623    +Allegheny County Treasurer,   Room 108 Courthouse,   436 Grant Street,
             Pittsburgh, PA 15219-2497
14740626    +John Ketter,   240 Lakeview Ct.,   Washington, PA 15301-8952
14740631    +Mariner Finance Company,   1155 Washington Pike, Suite 60,   Bridgeville, PA 15017-2827
14740633    +PNC Bank,   2730 Liberty Avenue,   Pittsburgh, PA 15222-4747
14740635     Sandra Snyder, Esq.,   Fox & Fox Attorneys,   706 One Montgomery Plaza,   Norristown, PA 19401
14740636    +South Fayette School District,   c/o Anne Beck, Tax Collector,   PO Box 172,
             Presto, PA 15142-0172
14740637     South Fayette Township,   c/o Anne Beck, Tax Collector,   PO Box 172,   Presto, PA 15142-0172

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          E-mail/Text: julie.steidl@steidl-steinberg.com Jan 04 2018 02:00:28    Kenneth Steidl,
             Steidl & Steinberg,   Suite 2830 Gulf Tower,   707 Grant Street,   Pittsburgh, PA 15219
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 04 2018 02:00:58    Pennsylvania Dept. of Revenue,
             Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
             Harrisburg, PA  17128-0946
ust         +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Jan 04 2018 02:01:25
             Office of the United States Trustee,   Liberty Center,,   1001 Liberty Avenue, Suite 970,
             Pittsburgh, PA 15222-3721
14740624     EDI: CAPITALONE.COM Jan 04 2018 01:43:00    Capital One Bank,   PO Box 71083,
             Charlotte, NC 28272-1083
14740625    +EDI: CITICORP.COM Jan 04 2018 01:43:00    Citibank,   P. O. Box 6062,
             Sioux Falls, SD 57117-6062
14740627    +E-mail/Text: bk@lendingclub.com Jan 04 2018 02:02:01    Lending Club,
             71 Stevenson Street, Suite 300,   San Francisco, CA 94105-2985
14740629     EDI: RMSC.COM Jan 04 2018 01:43:00    Levin Furniture/Synchrony Bank,   PO Box 960061,
             Orlando, FL 32896-0061
14740630     EDI: RMSC.COM Jan 04 2018 01:43:00    Lowe's,   c/o Synchrony Bank,   PO Box 965003,
             Orlando, FL 32896-5003
14740632     EDI: AGFINANCE.COM Jan 04 2018 01:43:00    One Main Financial,   P.O. Box 183172,
             Columbus, OH 43218-3172
14741498    +EDI: PRA.COM Jan 04 2018 01:43:00    PRA Receivables Management, LLC,   PO Box 41021,
             Norfolk, VA 23541-1021
14753657     EDI: Q3G.COM Jan 04 2018 01:43:00    Quantum3 Group LLC as agent for,   MOMA Funding LLC,
             PO Box 788,   Kirkland, WA  98083-0788
14740634    +E-mail/Text: egssupportservices@alorica.com Jan 04 2018 02:01:42
             Sam's Club & Synchrony Bank,   c/o EGS Financial Care Inc.,   4740 Baxter Road,
             Virginia Beach, VA 23462-4484
14740638     EDI: USBANKARS.COM Jan 04 2018 01:43:00    US Bank,   PO Box 790179,
             Saint Louis, MO 63179-0179
14740639     EDI: RMSC.COM Jan 04 2018 01:43:00    Value City Furniture,   c/o Synchrony Bank,
             PO Box 965035,   Orlando, FL 32896-5035
                                                                                     TOTAL: 14


         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           PNC BANK, NATIONAL ASSOCIATION
cr*         +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14740628*   +Lending Club,   71 Stevenson Street, Suite 300,   San Francisco, CA 94105-2985
                                                                 TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2018                              Signature:   /s/Joseph Speetjens

District/off: 0315-2          User: bsil              Page 2 of 2            Date Rcvd: Jan 03, 2018
                             Form ID: 309I           Total Noticed: 24

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 3, 2018 at the address(es) listed below:
          James  Warmbrodt    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
          Kenneth  Steidl    on behalf of Debtor Kenneth L. Ketter julie.steidl@steidl-steinberg.com,
          ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
          nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-st
          einberg.com;rlager@st
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                                   TOTAL: 4