IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Kenneth L. Ketter, | ) | Case No. 17-24921GLT |
|     Debtor(s) | ) | Chapter 13 |
| | ) | Related to Document No. 18 |
| | ) | |
| | ) | |
| Kenneth L. Ketter, | ) | |
|     Movant(s) | ) | |
| | ) | |
| Social Security No. XXX-XX- 0227 | ) | |
| | ) | |
|     vs. | ) | |
| | ) | |
| MCS, Inc. and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
|     Respondent(s) | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on January 9, 2018, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

MCS, Inc.
Attn: Payroll Dept.
PO Box 536
Carnegie, PA 15106

Date of Service:    January 9, 2018        /s/ Kenneth Steidl
                                                                                    Kenneth Steidl, Esquire
                                                                                    STEIDL & STEINBERG
                                                                                    28th Floor, Gulf Tower
                                                                                    707 Grant Street
                                                                                    Pittsburgh, PA 15219
                                                                                    (412) 391-8000
                                                                                    ken.steidl@steidl-steinberg.com