IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Kenneth L. Ketter, ) | Case No. 17-24921GLT |
|    Debtor(s) ) | Chapter 13 |
| ) | Related to Document No. 34 |
| Kenneth L. Ketter, ) | |
|    Movant(s) ) | |
| Social Security No. XXX-XX- 0227 ) | |
| ) | |
| vs. ) | |
| ) | |
| MCS, Inc. and ) | |
| Ronda J. Winnecour, Trustee ) | |
|    Respondent(s) ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on June 21, 2018, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

MCS, Inc.
Attn: Payroll Dept.
PO Box 536
Carnegie, PA 15106

Kenneth L. Ketter
114 Bowman Street Ext.
Cuddy, PA 15031

Date of Service:    June 21, 2018     /s/ Kenneth Steidl
                                                                       Kenneth Steidl, Esquire
                                                                       STEIDL & STEINBERG
                                                                       28th Floor, Gulf Tower
                                                                       707 Grant Street
                                                                       Pittsburgh, PA 15219
                                                                       (412) 391-8000
                                                                       ken.steidl@steidl-steinberg.com