**Form 151**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Kenneth L. Ketter**
   Debtor(s)

Bankruptcy Case No.: 17–24921–GLT

Chapter: 13
Docket No.: 42 – 41
Concil. Conf.: October 22, 2020 at 10:30 AM

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the ____17th____ day of ____September____, __2020__, I served a copy of the within *Order* together with the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* filed in this proceeding, by (describe the mode of service):

   First Class Mail

on the respondent(s) at (list names and addresses here):

   See Attached Mailing Matrix

Executed on ____September 17, 2020____       /s/ Todd Thomas
                (Date)                    (Signature)

Todd Thomas Steidl & Steinberg, PC 707 Grant Street, Gulf Tower-Suite 2830, Pittsburgh, PA 15219
(Type Name and Mailing Address of Person Who Made Service)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 17-24921-GLT<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Thu Sep 17 09:28:27 EDT 2020 | Allegheny County Treasurer<br>Room 108 Courthouse<br>436 Grant Street<br>Pittsburgh, PA 15219-2497 | Capital One Bank<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Citibank<br>P. O. Box 6062<br>Sioux Falls, SD 57117 | County of Allegheny<br>Goehring, Rutter, and Boehm<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 | County of Allegheny<br>Goehring, Rutter & Boehm<br>c/o Jeffrey R. Hunt, Esquire<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 |
| Jeffrey R. Hunt<br>Goehring, Rutter & Boehm<br>437 Grant Street<br>14th Floor<br>Pittsburgh, PA 15219-6107 | John Michael Ketter<br>240 Lakeview Ct.<br>Washington, PA 15301-8952 | Kenneth L. Ketter<br>114 Bowman Street Ext.<br>Cuddy, PA 15031-9705 |
| LVNV Funding, LLC its successors and assigns<br>assignee of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding, LLC its successors and assigns<br>assignee of LendingClub Corporation &<br>LC Trust I<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lending Club<br>71 Stevenson Street, Suite 300<br>San Francisco, CA 94105-2985 |
| Levin Furniture/Synchrony Bank<br>PO Box 960061<br>Orlando, FL 32896-0061 | Lowe's<br>c/o Synchrony Bank<br>PO Box 965003<br>Orlando, FL 32896-5003 | MIDLAND FUNDING LLC<br>PO BOX 2011<br>Warren MI 48090-2011 |
| Mariner Finance Company<br>1155 Washington Pike, Suite 60<br>Bridgeville, PA 15017-2827 | Mariner Finance, LLC<br>8211 Town Center Drive<br>Nottingham, MD 21236-5904 | Brian Nicholas<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 |
| ONEMAIN<br>PO BOX 3251<br>EVANSVILLE, IN. 47731-3251 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | Oliphant Usa, LLC<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712-1083 |
| One Main Financial<br>P.O. Box 183172<br>Columbus, OH 43218-3172 | PNC Bank<br>2730 Liberty Avenue<br>Pittsburgh, PA 15222-4747 | PNC Bank, N.A.<br>3232 Newmark Drive<br>Miamisburg, OH 45342-5421 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 |
| Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Sam's Club & Synchrony Bank<br>c/o EGS Financial Care Inc.<br>4740 Baxter Road<br>Virginia Beach, VA 23462-4484 | Sandra Snyder, Esq.<br>Fox & Fox Attorneys<br>706 One Montgomery Plaza<br>Norristown, PA 19401 |

| | | |
|---|---|---|
| South Fayette School District<br>Goehring, Rutter & Boehm<br>437 Grant Street<br>Frick Building<br>Pittsburgh, PA 15219-6107 | South Fayette School District<br>Goehring, Rutter & Boehm<br>c/o Jeffrey R. Hunt, Esquire<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 | South Fayette School District<br>c/o Anne Beck, Tax Collector<br>PO Box 172<br>Presto, PA 15142-0172 |
| South Fayette Township<br>c/o Anne Beck, Tax Collector<br>PO Box 172<br>Presto, PA 15142-0172 | Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219-1908 | Township of South Fayette<br>Goehring, Rutter & Boehm<br>437 Grant Street<br>Frick Building<br>Pittsburgh, PA 15219-6107 |
| Township of South Fayette<br>Goehring, Rutter & Boehm<br>c/o Jeffrey R. Hunt, Esquire<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | Value City Furniture<br>c/o Synchrony Bank<br>PO Box 965035<br>Orlando, FL 32896-5035 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| U.S. Bank National Association<br>Bankruptcy Department<br>PO Box 5229<br>Cincinnati, Ohio 45201-5229 | (d)US Bank<br>PO Box 790179<br>Saint Louis, MO 63179-0179 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)PNC BANK, NATIONAL ASSOCIATION | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | End of Label Matrix<br>Mailable recipients    39<br>Bypassed recipients     2<br>Total                  41 |