IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| Kenneth L. Ketter, | ) | Case No.17-24921 GLT |
| *Debtor(s)* | ) | Chapter 13 |
| | ) | Related Docket No. 59 |
| | ) | |
| | ) | |

**CERTIFICATE OF SERVICE OF ORDER APPROVING RETENTION OF REALTOR/BROKER**

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) June 24, 2021

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

Service by NEF:

Alexander Ketter  Berkshire
Hathaway HomeService
The Preferred Realty
alexketter@tprsold.com


Served by CM/ECF:

Ronda J. Wiinecour, Chapter 13 Trustee

Office of the U.S. Trustee

Respectfully submitted,

June 24, 2021                           /s/Kenneth Steidl
DATE                                    Kenneth Steidl, Esquire
                                        Attorney for the Debtor(s)
                                        STEIDL & STEINBERG
                                        Suite 2830 – Gulf Tower
                                        707 Grant Street
                                        Pittsburgh, PA  15219
                                        (412) 391-8000
                                        ken.steidl@steidl-steinberg.com
                                        PA I.D. No. 34965