**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
7/1/21 11:26 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 17-24921-GLT |
| | : | Chapter: | 13 |
| Kenneth L. Ketter | : | | |
| | : | Date: | 6/30/2021 |
| *Debtor(s).* | : | Time: | 10:00 |

## PROCEEDING MEMO

*MATTER:*   #53 - Motion to Sell Property Free and Clear of Liens under Section 363(f). Re: 114 Bowman Street Ext. Cuddy, PA 15031
            #56 Supplement filed by Debtor
            #57 Response filed by PNC Bank

*APPEARANCES*:
            Debtor:    Abagale Steidl
            Trustee:   Owen Katz
            PNC Bank:  Maria Miksich

*NOTES:* (10:00)

Steidl: An updated sale order was filed at Dkt. No. 62. The sale price is $144,500 with an eventual seller's assist of $5,000 because of issues after inspection. The sale is to an LLC in an arms' length transaction. The realtor is related to the debtor, but that was disclosed in the application to employ. It was served on the full case matrix and we're waiting on the full payoff number from PNC.

Court: How close are the numbers for determining whether a 100% distribution is possible to the point that you're still waiting on PNC?

Steidl: They're not that close, $144,000 less seller assist. We anticipate the mortgage payoff to be $54,200.

Court: What was changed in the amended sale order?

Steidl: Adds the seller assist language and puts the trustee's fees in as $0.

Katz: The taxes are paid and current.

[Property exposed for sale]

Court: I will approve the sale and issue the proposed form of order.

*OUTCOME:*

1. Debtor's *Motion to Sell Property Free and Clear of Liens under Section 363(f). Re: 114 Bowman Street Ext. Cuddy, PA 15031* [Dkt. No. 53] is GRANTED [JH to Issue Proposed Order at Dkt. No. 62]

**DATED:**  6/30/2021