IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| Kenneth L. Ketter, | ) | Case No. 17-24921 GLT |
| *Debtor(s)* | ) | Chapter 13 |
| | ) | Related Docket No. 63 |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE OF ORDER CONFIRMING SALE OF PROPERTY FREE AND CLEAR OF LIENS

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) <u>July 1, 2021</u>

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

See Attached Mailing Matrix

Service by NEF:

Alexander Ketter  Berkshire
Hathaway HomeService
The Preferred Realty
alexketter@tprsold.com

HSH Resources, LLC
C/o Suzy Vos
Howard Hanna
svoss@howardhanna.com

Served by CM/ECF:

Ronda J. Wiinecour, Chapter 13 Trustee

Office of the U.S. Trustee

Respectfully submitted,

July 1, 2021    /s/ Kenneth Steidl
DATE    Christopher M. Frye, Esquire
    Attorney for the Debtor(s)
    STEIDL & STEINBERG
    Suite 2830 – Gulf Tower
    707 Grant Street
    Pittsburgh, PA  15219
    (412) 391-8000
    ken.steidl@steidl-steinberg.com
    PA I.D. No. 34965

```
Label Matrix for local noticing          Allegheny County Treasurer              Capital One Bank
0315-2                                   Room 108 Courthouse                     PO Box 71083
Case 17-24921-GLT                        436 Grant Street                        Charlotte, NC 28272-1083
WESTERN DISTRICT OF PENNSYLVANIA         Pittsburgh, PA 15219-2497
Pittsburgh
Thu Jul  1 17:13:42 EDT 2021

Citibank                                 County of Allegheny                     County of Allegheny
P. O. Box 6062                           Goehring, Rutter, and Boehm             Goehring, Rutter & Boehm
Sioux Falls, SD 57117                    437 Grant Street, 14th Floor            c/o Jeffrey R. Hunt, Esquire
                                         Frick Building                          437 Grant Street, 14th Floor
                                         Pittsburgh, PA 15219-6101               Frick Building
                                                                                 Pittsburgh, PA 15219-6101

Jeffrey R. Hunt                          John Michael Ketter                     Alexandra Ketter
Goehring, Rutter & Boehm                 240 Lakeview Ct.                        Berkshire Hathaway Home Services
437 Grant Street                         Washington, PA 15301-8952               The Preferred Realty
14th Floor                                                                       4215 Washington Road
Pittsburgh, PA 15219-6107                                                        McMurray, PA 15317-2565

Kenneth L. Ketter                        LVNV Funding, LLC its successors and assigns   LVNV Funding, LLC its successors and assigns
114 Bowman Street Ext.                   assignee of Citibank, N.A.              assignee of LendingClub Corporation &
Cuddy, PA 15031-9705                     Resurgent Capital Services              LC Trust I
                                         PO Box 10587                            Resurgent Capital Services
                                         Greenville, SC 29603-0587               PO Box 10587
                                                                                 Greenville, SC 29603-0587

Lending Club                             Levin Furniture/Synchrony Bank          Lowe's
71 Stevenson Street, Suite 300           PO Box 960061                           c/o Synchrony Bank
San Francisco, CA 94105-2985             Orlando, FL 32896-0061                  PO Box 965003
                                                                                 Orlando, FL 32896-5003

MIDLAND FUNDING LLC                      Mariner Finance Company                 Mariner Finance, LLC
PO BOX 2011                              1155 Washington Pike, Suite 60          8211 Town Center Drive
Warren MI 48090-2011                     Bridgeville, PA 15017-2827              Nottingham, MD 21236-5904

Maria Miksich                            Brian Nicholas                          ONEMAIN
KML Law Group, P.C.                      KML Law Group, P.C.                     PO BOX 3251
701 Market Street                        701 Market Street                       EVANSVILLE, IN. 47731-3251
Suite 5000                               Suite 5000
Philadelphia, PA 19106-1541              Philadelphia, PA 19106-1541

Office of the United States Trustee      Oliphant Usa, LLC                       One Main Financial
Liberty Center.                          Bass & Associates, P.C.                 P.O. Box 183172
1001 Liberty Avenue, Suite 970           3936 E. Ft. Lowell Road, Suite #200     Columbus, OH 43218-3172
Pittsburgh, PA 15222-3721                Tucson, AZ 85712-1083

(p)PNC BANK RETAIL LENDING               PRA Receivables Management, LLC         Pennsylvania Department of Revenue
P O BOX 94982                            PO Box 41021                            Bankruptcy Division
CLEVELAND OH 44101-4982                  Norfolk, VA 23541-1021                  P.O. Box 280946
                                                                                 Harrisburg, PA 17128-0946

Pennsylvania Dept. of Revenue            Quantum3 Group LLC as agent for         Sam's Club & Synchrony Bank
Department 280946                        MOMA Funding LLC                        c/o EGS Financial Care Inc.
P.O. Box 280946                          PO Box 788                              4740 Baxter Road
ATTN: BANKRUPTCY DIVISION                Kirkland, WA  98083-0788                Virginia Beach, VA 23462-4484
Harrisburg, PA 17128-0946
```

| | | |
|---|---|---|
| Sandra Snyder, Esq.<br>Fox & Fox Attorneys<br>706 One Montgomery Plaza<br>Norristown, PA 19401 | South Fayette School District<br>Goehring, Rutter & Boehm<br>437 Grant Street<br>Frick Building<br>Pittsburgh, PA 15219-6107 | South Fayette School District<br>Goehring, Rutter & Boehm<br>c/o Jeffrey R. Hunt, Esquire<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 |
| South Fayette School District<br>c/o Anne Beck, Tax Collector<br>PO Box 172<br>Presto, PA 15142-0172 | South Fayette Township<br>c/o Anne Beck, Tax Collector<br>PO Box 172<br>Presto, PA 15142-0172 | Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219-1908 |
| Township of South Fayette<br>Goehring, Rutter & Boehm<br>437 Grant Street<br>Frick Building<br>Pittsburgh, PA 15219-6107 | Township of South Fayette<br>Goehring, Rutter & Boehm<br>c/o Jeffrey R. Hunt, Esquire<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| Value City Furniture<br>c/o Synchrony Bank<br>PO Box 965035<br>Orlando, FL 32896-5035 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| PNC Bank<br>2730 Liberty Avenue<br>Pittsburgh, PA 15222 | (d)PNC Bank, N.A.<br>3232 Newmark Drive<br>Miamisburg, OH 45342 | U.S. Bank National Association<br>Bankruptcy Department<br>PO Box 5229<br>Cincinnati, Ohio 45201-5229 |
| (d)US Bank<br>PO Box 790179<br>Saint Louis, MO 63179-0179 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)PNC BANK, NATIONAL ASSOCIATION | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | End of Label Matrix<br>Mailable recipients     40<br>Bypassed recipients     2<br>Total                    42 |