IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| Kenneth L. Ketter, | ) | Case No. 17-24921 GLT |
| *Debtor(s)* | ) | Chapter 13 |
| | ) | Related Docket No. 68 |
| | ) | |
| | ) | |

**CERTIFICATE OF SERVICE OF CONSENT AMENDED ORDER CONFIRMING CHAPTER 13 SALE OF PROPERTY FREE AND CLEAR OF LIENS**

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) July 28, 2021

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

See Attached Mailing Matrix

Service by NEF:

Alexander Ketter  Berkshire
Hathaway HomeService
The Preferred Realty
alexketter@tprsold.com

HSH Resources, LLC
C/o Suzy Vos
Howard Hanna
svoss@howardhanna.com

Served by CM/ECF:

Ronda J. Wiinecour, Chapter 13 Trustee

Office of the U.S. Trustee

Respectfully submitted,

July 28, 2021
DATE

/s/ Kenneth Steidl
Christopher M. Frye, Esquire
Attorney for the Debtor(s)
STEIDL & STEINBERG
Suite 2830 – Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
ken.steidl@steidl-steinberg.com
PA I.D. No. 34965

Label Matrix for local noticing
0315-2
Case 17-24921-GLT
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Thu Jul  1 17:13:42 EDT 2021

Allegheny County Treasurer
Room 108 Courthouse
436 Grant Street
Pittsburgh, PA 15219-2497

Capital One Bank
PO Box 71083
Charlotte, NC 28272-1083

Citibank
P. O. Box 6062
Sioux Falls, SD 57117

County of Allegheny
Goehring, Rutter, and Boehm
437 Grant Street, 14th Floor
Frick Building
Pittsburgh, PA 15219-6101

County of Allegheny
Goehring, Rutter & Boehm
c/o Jeffrey R. Hunt, Esquire
437 Grant Street, 14th Floor
Frick Building
Pittsburgh, PA 15219-6101

Jeffrey R. Hunt
Goehring, Rutter & Boehm
437 Grant Street
14th Floor
Pittsburgh, PA 15219-6107

John Michael Ketter
240 Lakeview Ct.
Washington, PA 15301-8952

Alexandra Ketter
Berkshire Hathaway Home Services
The Preferred Realty
4215 Washington Road
McMurray, PA 15317-2565

Kenneth L. Ketter
114 Bowman Street Ext.
Cuddy, PA 15031-9705

LVNV Funding, LLC its successors and assigns
assignee of Citibank, N.A.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

LVNV Funding, LLC its successors and assigns
assignee of LendingClub Corporation &
LC Trust I
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Lending Club
71 Stevenson Street, Suite 300
San Francisco, CA 94105-2985

Levin Furniture/Synchrony Bank
PO Box 960061
Orlando, FL 32896-0061

Lowe's
c/o Synchrony Bank
PO Box 965003
Orlando, FL 32896-5003

MIDLAND FUNDING LLC
PO BOX 2011
Warren MI 48090-2011

Mariner Finance Company
1155 Washington Pike, Suite 60
Bridgeville, PA 15017-2827

Mariner Finance, LLC
8211 Town Center Drive
Nottingham, MD 21236-5904

Maria Miksich
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

Brian Nicholas
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

ONEMAIN
PO BOX 3251
EVANSVILLE, IN. 47731-3251

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

Oliphant Usa, LLC
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712-1083

One Main Financial
P.O. Box 183172
Columbus, OH 43218-3172

(p)PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA  98083-0788

Sam's Club & Synchrony Bank
c/o EGS Financial Care Inc.
4740 Baxter Road
Virginia Beach, VA 23462-4484

Sandra Snyder, Esq.
Fox & Fox Attorneys
706 One Montgomery Plaza
Norristown, PA 19401

South Fayette School District
Goehring, Rutter & Boehm
437 Grant Street
Frick Building
Pittsburgh, PA 15219-6107

South Fayette School District
Goehring, Rutter & Boehm
c/o Jeffrey R. Hunt, Esquire
437 Grant Street, 14th Floor
Frick Building
Pittsburgh, PA 15219-6101

South Fayette School District
c/o Anne Beck, Tax Collector
PO Box 172
Presto, PA 15142-0172

South Fayette Township
c/o Anne Beck, Tax Collector
PO Box 172
Presto, PA 15142-0172

Kenneth Steidl
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219-1908

Township of South Fayette
Goehring, Rutter & Boehm
437 Grant Street
Frick Building
Pittsburgh, PA 15219-6107

Township of South Fayette
Goehring, Rutter & Boehm
c/o Jeffrey R. Hunt, Esquire
437 Grant Street, 14th Floor
Frick Building
Pittsburgh, PA 15219-6101

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

Value City Furniture
c/o Synchrony Bank
PO Box 965035
Orlando, FL 32896-5035

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


PNC Bank
2730 Liberty Avenue
Pittsburgh, PA 15222

(d)PNC Bank, N.A.
3232 Newmark Drive
Miamisburg, OH 45342

U.S. Bank National Association
Bankruptcy Department
PO Box 5229
Cincinnati, Ohio 45201-5229


(d)US Bank
PO Box 790179
Saint Louis, MO 63179-0179


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)PNC BANK, NATIONAL ASSOCIATION

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

End of Label Matrix
Mailable recipients    40
Bypassed recipients     2
Total                  42