IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No. 17-24921 GLT |
| ) | Chapter 13 |
| Kenneth L. Ketter, ) | Docket No. |
| *Debtor* ) | |

## NOTICE OF CHANGE OF ADDRESS

AND NOW, comes the debtor by and through his attorney Kenneth Steidl, and Steidl and Steinberg, Attorneys at Law and respectfully represent as follows:

1. At the time of filing, the debtor, Kenneth L. Ketter, had an address of 114 Bowman Street Ext., Cuddy, PA 15031.

2. The debtor has since moved and the new address is 419 7th Avenue, Carnegie, PA 15106.

WHEREFORE, the debtor, Kenneth L. Ketter, respectfully files this Notice of Change of Address.

Respectfully submitted,

August 18, 2021
DATE

/s/ Kenenth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtor

STEIDL & STEINBERG
707 Grant Street
Suite 2830
Pittsburgh, PA 15219
(412) 391-8000
ken.steidl@steidl-steinberg.com
PA ID 34965