FILED
8/25/21 1:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>KENNETH L. KETTER<br><br>Debtor(s)<br>Ronda J. Winnecour, Trustee<br>Movant<br>vs.<br>KENNETH L. KETTER<br><br>Respondents | Case No.17-24921GLT<br><br>Chapter 13<br><br>Related to Dkt. No. 74 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this 25th day of August 2021, it is hereby ORDERED, ADJUDGED, and DECREED that,

Mcs
Attn: Payroll Manager
Po Box 536
Carnegie,PA 15106

is hereby ordered to immediately terminate the attachment of the wages of KENNETH L. KETTER, social security number XXX-XX-0227. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of KENNETH L. KETTER.

BY THE COURT:

_____
GREGORY L. TADDONIO    jah
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 17-24921-GLT
Kenneth L. Ketter     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: bsil    Page 1 of 2
Date Rcvd: Aug 25, 2021    Form ID: pdf900    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kenneth L. Ketter, 419 7th Avenue, Carnegie, PA 15106-2252 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Township of South Fayette jhunt@grblaw.com cnoroski@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor South Fayette School District jhunt@grblaw.com cnoroski@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com cnoroski@grblaw.com |
| Kenneth Steidl | on behalf of Debtor Kenneth L. Ketter julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |

District/off: 0315-2          User: bsil          Page 2 of 2
Date Rcvd: Aug 25, 2021          Form ID: pdf900          Total Noticed: 1

Maria Miksich
         on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mmiksich@kmllawgroup.com

Office of the United States Trustee
         ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
         cmecf@chapter13trusteewdpa.com

TOTAL: 8