Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Kenneth L. Ketter** | : | Case No. 17−24921−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 79 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 12/22/21 at 11:00 AM |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

    ***AND NOW,*** this ***The 26th of October, 2021***, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** (the "Motion") having been filed at Doc. No. 79 by the Chapter 13 Trustee,

    It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

    (1)  ***On or before December 9, 2021***, any ***Response***, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

    (2)  This Motion is scheduled for hearing on ***December 22, 2021 at 11:00 AM*** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

    (3)  If, after proper service, a Respondent fails to timely file a ***Response***, the Court ***may*** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties are ***required*** to appear at the hearing.

    (4)  Once the Motion is approved, if either the Debtor's ***Certificate of Discharge Eligibility*** or ***Certificate of Financial Management*** is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re: Case No. 17-24921-GLT
Kenneth L. Ketter Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: jhel     Page 1 of 3
Date Rcvd: Oct 26, 2021     Form ID: 604     Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kenneth L. Ketter, 419 7th Avenue, Carnegie, PA 15106-2252 |
| r | + | Alexandra Ketter, Berkshire Hathaway Home Services, The Preferred Realty, 4215 Washington Road, McMurray, PA 15317-2565 |
| cr | + | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| cr | + | Oliphant Usa, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| cr | + | South Fayette School District, Goehring, Rutter & Boehm, 437 Grant Street, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6002 |
| cr | + | Township of South Fayette, Goehring, Rutter & Boehm, 437 Grant Street, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6002 |
| 14740623 | + | Allegheny County Treasurer, Room 108 Courthouse, 436 Grant Street, Pittsburgh, PA 15219-2497 |
| 14771414 | + | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14740626 | + | John Michael Ketter, 240 Lakeview Ct., Washington, PA 15301-8952 |
| 14740631 | + | Mariner Finance Company, 1155 Washington Pike, Suite 60, Bridgeville, PA 15017-2827 |
| 14779219 | + | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14740635 | | Sandra Snyder, Esq., Fox & Fox Attorneys, 706 One Montgomery Plaza, Norristown, PA 19401 |
| 14740636 | + | South Fayette School District, c/o Anne Beck, Tax Collector, PO Box 172, Presto, PA 15142-0172 |
| 14771413 | + | South Fayette School District, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14740637 | | South Fayette Township, c/o Anne Beck, Tax Collector, PO Box 172, Presto, PA 15142-0172 |
| 14771415 | + | Township of South Fayette, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14740624 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 26 2021 23:47:28 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14740625 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 26 2021 23:47:13 | Citibank, P. O. Box 6062, Sioux Falls, SD 57117 |
| 14779515 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 26 2021 23:47:22 | LVNV Funding, LLC its successors and assigns as, assignee of LendingClub Corporation &, LC Trust I, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14778314 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 26 2021 23:47:11 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14740627 | + | Email/Text: bk@lendingclub.com | Oct 26 2021 23:36:00 | Lending Club, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 14740629 | | Email/PDF: gecsedi@recoverycorp.com | Oct 26 2021 23:47:06 | Levin Furniture/Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 14740630 | | Email/PDF: gecsedi@recoverycorp.com | Oct 26 2021 23:47:28 | Lowe's, c/o Synchrony Bank, PO Box 965003, Orlando, FL 32896-5003 |
| 14774556 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 26 2021 23:35:00 | MIDLAND FUNDING LLC, PO BOX 2011, |

Case 17-24921-GLT   Doc 83   Filed 10/28/21   Entered 10/29/21 00:33:36   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: jhel | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 26, 2021 | Form ID: 604 | Total Noticed: 34 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Warren MI 48090-2011 |
| 14763871 | | Email/PDF: cbp@onemainfinancial.com | Oct 26 2021 23:47:27 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14740632 | | Email/PDF: cbp@onemainfinancial.com | Oct 26 2021 23:47:27 | One Main Financial, P.O. Box 183172, Columbus, OH 43218-3172 |
| 14740633 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 26 2021 23:35:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14764184 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 26 2021 23:35:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14741498 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 26 2021 23:47:10 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14753657 | | Email/Text: bnc-quantum@quantum3group.com | Oct 26 2021 23:35:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14740634 | + | Email/Text: egssupportservices@alorica.com | Oct 26 2021 23:36:00 | Sam's Club & Synchrony Bank, c/o EGS Financial Care Inc., 4740 Baxter Road, Virginia Beach, VA 23462-4484 |
| 14766411 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 26 2021 23:35:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 5229, Cincinnati, Ohio 45201-5229 |
| 14740638 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 26 2021 23:35:00 | US Bank, PO Box 790179, Saint Louis, MO 63179-0179 |
| 14740639 | | Email/PDF: gecsedi@recoverycorp.com | Oct 26 2021 23:47:30 | Value City Furniture, c/o Synchrony Bank, PO Box 965035, Orlando, FL 32896-5035 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14740628 | *+ | Lending Club, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 28, 2021       Signature:       /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2021 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 3 of 3 |
| Date Rcvd: Oct 26, 2021 | Form ID: 604 | Total Noticed: 34 |

**Name**     **Email Address**

Brian Nicholas
     on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Jeffrey R. Hunt
     on behalf of Creditor Township of South Fayette jhunt@grblaw.com

Jeffrey R. Hunt
     on behalf of Creditor South Fayette School District jhunt@grblaw.com

Jeffrey R. Hunt
     on behalf of Creditor County of Allegheny jhunt@grblaw.com

Kenneth Steidl
     on behalf of Debtor Kenneth L. Ketter julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Maria Miksich
     on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mmiksich@kmllawgroup.com

Office of the United States Trustee
     ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
     cmecf@chapter13trusteewdpa.com

TOTAL: 8