# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

KENNETH L. KETTER

        Debtor(s)

Ronda J. Winnecour
  Chapter 13 Trustee,
        Movant
        vs.
No Respondents.

Case No.:17-24921

Chapter 13

Document No.:

## CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
## AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

    **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

October 25, 2021

/s/  Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 12/05/2017  and confirmed on 2/12/18 .  The case was subsequently       Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 131,405.15 |
| Less Refunds to Debtor | 33,124.96 | |
| TOTAL AMOUNT OF PLAN FUND | | 98,280.19 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 3,390.00 | |
|     Trustee Fee | 3,973.02 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,363.02 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| PNC BANK NA | 32,908.81 | 32,908.81 | 0.00 | 32,908.81 |
|     Acct: 4929 | | | | |
| PNC BANK NA | 640.51 | 640.51 | 0.00 | 640.51 |
|     Acct: 4929 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 275.76 | 275.76 | 30.20 | 305.96 |
|     Acct: 5J16 | | | | |
| SOUTH FAYETTE SD (S FAYETTE TWP) (F | 1,899.83 | 1,899.83 | 168.87 | 2,068.70 |
|     Acct: 5J16 | | | | |
| SOUTH FAYETTE TWP - R/E TAX | 341.82 | 341.82 | 30.40 | 372.22 |
|     Acct: 5J16 | | | | |
| SOUTH FAYETTE SD (S FAYETTE TWP) (F | 238.59 | 238.59 | 0.00 | 238.59 |
|     Acct: 5J16 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 70.05 | 70.05 | 0.00 | 70.05 |
|     Acct: 5J16 | | | | |
| SOUTH FAYETTE TWP - R/E TAX | 58.76 | 58.76 | 0.00 | 58.76 |
|     Acct: 5J16 | | | | |
| US BANK NA** | 11,217.65 | 11,217.65 | 591.09 | 11,808.74 |
|     Acct: 4241 | | | | |
| | | | | 48,472.34 |
| **Priority** | | | | |
| KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| KENNETH L. KETTER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| KENNETH L. KETTER | 33,124.96 | 33,124.96 | 0.00 | 0.00 |
|     Acct: | | | | |
| STEIDL & STEINBERG | 3,390.00 | 3,390.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| STEIDL & STEINBERG | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | * * * N O N E * * * | | |
| **Unsecured** | | | | |
|     MIDLAND FUNDING LLC | 7,590.86 | 7,590.86 | 0.00 | 7,590.86 |

17-24921

Page 2 of 2

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 3365 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 5,853.07 | 5,853.07 | 0.00 | 5,853.07 |
| Acct: 8387 | | | | |
| JOHN M KETTER | 8,200.00 | 8,200.00 | 0.00 | 8,200.00 |
| Acct: | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 6,295.85 | 6,295.85 | 0.00 | 6,295.85 |
| Acct: 6966 | | | | |
| LENDING CLUB CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4143 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FI | 1,603.42 | 1,603.42 | 0.00 | 1,603.42 |
| Acct: 1368 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FI | 233.19 | 233.19 | 0.00 | 233.19 |
| Acct: 8790 | | | | |
| MARINER FINANCE LLC | 2,315.22 | 2,315.22 | 0.00 | 2,315.22 |
| Acct: 2515 | | | | |
| ONE MAIN FINANCIAL OF PA INC FKA SPF | 6,813.22 | 6,813.22 | 0.00 | 6,813.22 |
| Acct: 2117 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FI | 1,458.28 | 1,458.28 | 0.00 | 1,458.28 |
| Acct: 6459 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FI | 2,081.72 | 2,081.72 | 0.00 | 2,081.72 |
| Acct: 8398 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8790 | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BASS & ASSOCIATES PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FOX AND FOX | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 42,444.83 |

TOTAL PAID TO CREDITORS                                                90,917.17

TOTAL CLAIMED
PRIORITY            0.00
SECURED        47,651.78
UNSECURED      42,444.83

Date: 10/25/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    KENNETH L. KETTER

        Debtor(s)

    Ronda J. Winnecour
          Movant
        vs.
    No Repondents.

Case No.:17-24921

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 17-24921-GLT

Kenneth L. Ketter                                                                         Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: jhel                                   Page 1 of 3
Date Rcvd: Oct 26, 2021                       Form ID: pdf900                               Total Noticed: 34

The following symbols are used throughout this certificate:

**Symbol       Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kenneth L. Ketter, 419 7th Avenue, Carnegie, PA 15106-2252 |
| r | + | Alexandra Ketter, Berkshire Hathaway Home Services, The Preferred Realty, 4215 Washington Road, McMurray, PA 15317-2565 |
| cr | + | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| cr | + | Oliphant Usa, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| cr | + | South Fayette School District, Goehring, Rutter & Boehm, 437 Grant Street, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6002 |
| cr | + | Township of South Fayette, Goehring, Rutter & Boehm, 437 Grant Street, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6002 |
| 14740623 | + | Allegheny County Treasurer, Room 108 Courthouse, 436 Grant Street, Pittsburgh, PA 15219-2497 |
| 14771414 | + | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14740626 | + | John Michael Ketter, 240 Lakeview Ct., Washington, PA 15301-8952 |
| 14740631 | + | Mariner Finance Company, 1155 Washington Pike, Suite 60, Bridgeville, PA 15017-2827 |
| 14779219 | + | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14740635 | | Sandra Snyder, Esq., Fox & Fox Attorneys, 706 One Montgomery Plaza, Norristown, PA 19401 |
| 14740636 | + | South Fayette School District, c/o Anne Beck, Tax Collector, PO Box 172, Presto, PA 15142-0172 |
| 14771413 | + | South Fayette School District, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14740637 | | South Fayette Township, c/o Anne Beck, Tax Collector, PO Box 172, Presto, PA 15142-0172 |
| 14771415 | + | Township of South Fayette, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14740624 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 26 2021 23:47:19 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14740625 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 26 2021 23:47:34 | Citibank, P. O. Box 6062, Sioux Falls, SD 57117 |
| 14779515 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 26 2021 23:47:32 | LVNV Funding, LLC its successors and assigns as, assignee of LendingClub Corporation &, LC Trust I, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14778314 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 26 2021 23:47:22 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14740627 | + | Email/Text: bk@lendingclub.com | Oct 26 2021 23:36:00 | Lending Club, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 14740629 | | Email/PDF: gecsedi@recoverycorp.com | Oct 26 2021 23:47:18 | Levin Furniture/Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 14740630 | | Email/PDF: gecsedi@recoverycorp.com | Oct 26 2021 23:47:17 | Lowe's, c/o Synchrony Bank, PO Box 965003, Orlando, FL 32896-5003 |
| 14774556 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 26 2021 23:35:00 | MIDLAND FUNDING LLC, PO BOX 2011, |

District/off: 0315-2                          User: jhel                                    Page 2 of 3

Date Rcvd: Oct 26, 2021                       Form ID: pdf900                               Total Noticed: 34

| | | | | |
|---|---|---|---|---|
| | | | | Warren MI 48090-2011 |
| 14763871 | | Email/PDF: cbp@onemainfinancial.com | Oct 26 2021 23:47:06 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14740632 | | Email/PDF: cbp@onemainfinancial.com | Oct 26 2021 23:47:27 | One Main Financial, P.O. Box 183172, Columbus, OH 43218-3172 |
| 14740633 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 26 2021 23:35:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14764184 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 26 2021 23:35:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14741498 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 26 2021 23:47:31 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14753657 | | Email/Text: bnc-quantum@quantum3group.com | Oct 26 2021 23:35:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14740634 | + | Email/Text: egssupportservices@alorica.com | Oct 26 2021 23:36:00 | Sam's Club & Synchrony Bank, c/o EGS Financial Care Inc., 4740 Baxter Road, Virginia Beach, VA 23462-4484 |
| 14766411 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 26 2021 23:35:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 5229, Cincinnati, Ohio 45201-5229 |
| 14740638 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 26 2021 23:35:00 | US Bank, PO Box 790179, Saint Louis, MO 63179-0179 |
| 14740639 | | Email/PDF: gecsedi@recoverycorp.com | Oct 26 2021 23:47:06 | Value City Furniture, c/o Synchrony Bank, PO Box 965035, Orlando, FL 32896-5035 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14740628 | *+ | Lending Club, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2021                    Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2021 at the address(es) listed below:**

District/off: 0315-2                                    User: jhel                                    Page 3 of 3
Date Rcvd: Oct 26, 2021                                Form ID: pdf900                               Total Noticed: 34

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Township of South Fayette jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor South Fayette School District jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Kenneth Steidl | on behalf of Debtor Kenneth L. Ketter julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Maria Miksich | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8