IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In Re: | ) | |
|---|---|---|
| | ) | Case No. 17-24921 GLT |
| Kenneth L. Ketter, | ) | Chapter 13 |
| | ) | Docket No. |
| *Debtor* | ) | |
| | ) | |
| Kenneth L. Ketter, | ) | |
| | ) | |
| *Movant* | ) | |
| | ) | |
| *No Respondent(s)* | ) | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On February 6, 2018 at docket number 23, the Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by*:* This Certification is being signed under penalty of perjury by*:* The Debtor(s) carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

<u>November 3, 2021</u>                                                    <u>/s/ Kenneth L. Ketter_____</u>
Date                                                                                    Debtor


_____                                              _____
Date                                                                                    Debtor




Respectfully submitted,

| | |
|---|---|
| <u>November 3, 2021</u><br>DATE | <u>/s/ Kenneth Steidl</u><br>Kenneth Steidl, Esquire<br>Attorney for the Debtor<br><br>STEIDL & STEINBERG<br>707 Grant Street<br>Suite 2830, Gulf Tower<br>Pittsburgh, PA 15219<br>(412) 391-8000<br>ken.steidl@steidl-steinberg.com<br>PA I.D. No. 34965 |

**PAWB Local Form 24 (07/13)**