**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
12/13/21 2:19 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
KENNETH L. KETTER

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:17-24921

Chapter 13

Related to Dkt. No. 79

## ORDER OF COURT

AND NOW, this 13th day of December 2021, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

**ENTERED BY DEFAULT**

BY THE COURT:

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

jah

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 17-24921-GLT
Kenneth L. Ketter                                                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                             User: bsil                                      Page 1 of 3
Date Rcvd: Dec 13, 2021                          Form ID: pdf900                                 Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kenneth L. Ketter, 419 7th Avenue, Carnegie, PA 15106-2252 |
| r | + | Alexandra Ketter, Berkshire Hathaway Home Services, The Preferred Realty, 4215 Washington Road, McMurray, PA 15317-2565 |
| cr | + | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| cr | + | Oliphant Usa, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| cr | + | South Fayette School District, Goehring, Rutter & Boehm, 437 Grant Street, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6002 |
| cr | + | Township of South Fayette, Goehring, Rutter & Boehm, 437 Grant Street, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6002 |
| 14740623 | + | Allegheny County Treasurer, Room 108 Courthouse, 436 Grant Street, Pittsburgh, PA 15219-2497 |
| 14771414 | + | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14740626 | + | John Michael Ketter, 240 Lakeview Ct., Washington, PA 15301-8952 |
| 14740631 | + | Mariner Finance Company, 1155 Washington Pike, Suite 60, Bridgeville, PA 15017-2827 |
| 14779219 | + | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14740635 |   | Sandra Snyder, Esq., Fox & Fox Attorneys, 706 One Montgomery Plaza, Norristown, PA 19401 |
| 14740636 | + | South Fayette School District, c/o Anne Beck, Tax Collector, PO Box 172, Presto, PA 15142-0172 |
| 14771413 | + | South Fayette School District, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14740637 |   | South Fayette Township, c/o Anne Beck, Tax Collector, PO Box 172, Presto, PA 15142-0172 |
| 14771415 | + | Township of South Fayette, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Dec 13 2021 23:09:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: ebnjts@grblaw.com | Dec 13 2021 23:09:00 | South Fayette School District, Goehring, Rutter & Boehm, 437 Grant Street, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6002 |
| cr | + | Email/Text: ebnjts@grblaw.com | Dec 13 2021 23:10:00 | Township of South Fayette, Goehring, Rutter & Boehm, 437 Grant Street, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6002 |
| 14740624 |   | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 13 2021 23:17:30 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14740625 |   | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 13 2021 23:17:30 | Citibank, P. O. Box 6062, Sioux Falls, SD 57117 |
| 14771414 | + | Email/Text: ebnjts@grblaw.com | Dec 13 2021 23:09:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14779515 |   | Email/PDF: resurgentbknotifications@resurgent.com | | |

Case 17-24921-GLT   Doc 91   Filed 12/15/21   Entered 12/16/21 00:27:16   Desc Imaged
                        Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: bsil | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 13, 2021 | Form ID: pdf900 | Total Noticed: 34 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 13 2021 23:17:30 | LVNV Funding, LLC its successors and assigns as, assignee of LendingClub Corporation &, LC Trust I, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14778314 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 13 2021 23:17:30 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14740627 | + | Email/Text: bk@lendingclub.com | Dec 13 2021 23:10:00 | Lending Club, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 14740629 | | Email/PDF: gecsedi@recoverycorp.com | Dec 13 2021 23:17:34 | Levin Furniture/Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 14740630 | | Email/PDF: gecsedi@recoverycorp.com | Dec 13 2021 23:17:28 | Lowe's, c/o Synchrony Bank, PO Box 965003, Orlando, FL 32896-5003 |
| 14774556 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 13 2021 23:10:00 | MIDLAND FUNDING LLC, PO BOX 2011, Warren MI 48090-2011 |
| 14763871 | | Email/PDF: cbp@onemainfinancial.com | Dec 13 2021 23:17:42 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14740632 | | Email/PDF: cbp@onemainfinancial.com | Dec 13 2021 23:17:33 | One Main Financial, P.O. Box 183172, Columbus, OH 43218-3172 |
| 14740633 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 13 2021 23:09:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14764184 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 13 2021 23:09:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14741498 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 13 2021 23:17:44 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14753657 | | Email/Text: bnc-quantum@quantum3group.com | Dec 13 2021 23:10:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14740634 | + | Email/Text: egssupportservices@alorica.com | Dec 13 2021 23:10:00 | Sam's Club & Synchrony Bank, c/o EGS Financial Care Inc., 4740 Baxter Road, Virginia Beach, VA 23462-4484 |
| 14771413 | + | Email/Text: ebnjts@grblaw.com | Dec 13 2021 23:09:00 | South Fayette School District, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14771415 | + | Email/Text: ebnjts@grblaw.com | Dec 13 2021 23:09:00 | Township of South Fayette, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14766411 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 13 2021 23:10:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 5229, Cincinnati, Ohio 45201-5229 |
| 14740638 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 13 2021 23:10:00 | US Bank, PO Box 790179, Saint Louis, MO 63179-0179 |
| 14740639 | | Email/PDF: gecsedi@recoverycorp.com | Dec 13 2021 23:17:42 | Value City Furniture, c/o Synchrony Bank, PO Box 965035, Orlando, FL 32896-5035 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

Case 17-24921-GLT    Doc 91    Filed 12/15/21    Entered 12/16/21 00:27:16    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0315-2 | User: bsil | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Dec 13, 2021 | Form ID: pdf900 | Total Noticed: 34 |

| 14740628 | *+ | Lending Club, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| --- | --- | --- |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Township of South Fayette jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor South Fayette School District jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Kenneth Steidl | on behalf of Debtor Kenneth L. Ketter julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Maria Miksich | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8